UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHALLA ALFARO BRITTANY, | No. 2:16-cv-2815 MCE AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| 7th & H ST. LOFTS, | |
| Defendant. | |

Plaintiff is proceeding in this action pro se.  This matter was accordingly referred to the undersigned by E.D. Cal. 302(c)(21).  Plaintiff has requested leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915.  ECF No. 2.

Plaintiff's IFP application does not make the showing required by 28 U.S.C. § 1915(a)(1).  According to the application, plaintiff received money from all the sources listed on the form, including "Social Security Disability and other money," during the past 12 months.  ECF No. 2 at 1 ¶ 3.  However, plaintiff fails to disclose "the amount received and what you expect you will continue to receive."  See id.  In addition, the application indicates that plaintiff owns "real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value."  Id. at 2 ¶ 5.  However, plaintiff does not "describe the property and state its value," as required.  Instead, she states simply, "I own some property."  Finally, plaintiff lists dependents, but fails to "indicate how much you contribute to their support."  See id. ¶ 6.

1

Plaintiff's application will not be granted unless she properly completes each entry on the form.[1] To assist plaintiff, an updated version of the IFP application is annexed to this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed IFP (ECF No. 2) is DENIED without prejudice to its renewal with all entries on the form completed.

2. Plaintiff is granted 30 days from the date of this order to renew the IFP application in proper form, or to pay the filing fee. Plaintiff is cautioned that failure to timely renew the IFP in proper form, or to pay the filing fee, may result in a recommendation that this action be dismissed.

DATED: December 12, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff has previously been advised, in other cases, that her failure to properly complete the IFP application will result in denial of the application. See Brittany v. Child Support Service Sacramento, 2:16-cv-1347 GEB AC, ECF No. 3 (E.D. Cal. June 20, 2016); Brittany v. Wells Fargo Bank NA, 2:16-cv-1351 TLN CKD, ECF No. 3 (E.D. Cal. June 28, 2016); Brittany v. Archuleta Family Reunion, 2:16-cv-01468 TLN GGH, ECF No. 4 (E.D. Cal. August 15, 2016).

2