UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHALLA ALFARO BRITTANY,<br><br>    Plaintiff,<br><br>    v.<br><br>7th & H STREET LOFTS, et al.,<br><br>    Defendants. | No. 2:16-cv-2815-MCE-AC<br><br><br><br>ORDER TO SHOW CAUSE |

On December 12, 2016, this Court denied Plaintiff's motion to proceed in forma pauperis and allowed Plaintiff 30 days to renew her motion or pay the filing fee. ECF No. 3. The Court attempted to serve its Order on Plaintiff and it was returned as undeliverable. The 30 day deadline to file a renewed IFP application or pay the filing fee has long since passed, and Plaintiff has taken no action in this case. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall show cause, within 14 days why this case should not be dismissed for failure to prosecute.

DATED: June 7, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE